IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BARBARA J. WAGLEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 03-723-CJP |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Application for Attorneys Fees Under the Equal Access to Justice Act. **(Doc. 17)**. Defendant has filed a Response. **(Doc. 18)**.

In its judgment in favor of plaintiff, the Court reversed the Commissioner's decision and remanded pursuant to sentence four of **42 U.S.C. §405(g).** Judgment was entered on March 18, 2005. **See, Docs. 15 and 16.**

Plaintiff's fee application was filed on July 22, 2005. Defendant argues that it must be denied as untimely. The Court agrees.

An application for fees under the Equal Access to Justice Act must be filed "within thirty days of final judgment." **28 U.S.C. §2412(d)(1)(B)**. A final judgment is "a judgment that is final and not appealable." **28 U.S.C. §2412(d)(2)(G)**.

A "sentence four" remand is a final appealable order. The parties had sixty days in which to file a notice of appeal. **Fed.R.App.P. 4(a)(1)(B)**. "In sentence four cases, the filing period [for a fee application] begins after the final judgment ( 'affirming, modifying, or

1

reversing') is entered by the court and the appeal period has run, so that the judgment is no longer appealable." *Melkonyan v. Sullivan*, 102, 501 U.S. 89, 111 S.Ct. 2157, 2165 (1991). The fee application must be timely filed "[i]n order to invoke the subject matter of the district court." *Damato v. Sullivan*, 945 F.2d 982, 868 (7th Cir. 1991).

Here, no appeal was filed, so the judgment became final sixty days after entry, or on May 17, 2005. The fee application was not filed until July 22, 2005, and was therefore untimely.

For the foregoing reasons, plaintiff's Application for Attorneys Fees Under the Equal Access to Justice Act **(Doc. 17)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: August 8, 2005.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
